Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

**Ningxia Huahui Environmental Technology Co., Ltd and Bengbu Modern Environmental Co., Ltd.**

**Plaintiff,**

v.

**UNITED STATES,**

**Defendant.**

**SUMMONS**
**Court No.** 26-03008

---

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or and the U.S. International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

*/s/ Gina Justice*
Clerk of the Court

---

1.  Ningxia Huahui Environmental Technology Co., Ltd. and Bengbu Modern Environmental Co., Ltd. are foreign producers and exporters, interested parties under 19 U.S.C.§1516a(f)(3) and 19 U.S.C. §1677(9)(A), that participated in the underlying administrative review, and thus have standing under 28 U.S.C. §2631(c) and 19 U.S.C. §1516a(d).

    (Name and standing of plaintiff)

2.  Plaintiffs contest certain aspects of the U.S. Department of Commerce's final decision in Certain Activated Carbon from the People's Republic of China: Final Results of Antidumping Duty Administrative Review: 2023-2024, 91 Fed. Reg. 21796.
    (Brief description of the contested determination)

3.  April 20, 2026
    (Date of determination)

Form 3-2

4.    April 23, 2026
       (If applicable, date of publication in Federal Register of notice of contested determination)

Irene H. Chen
Jake R. Frischknecht

**VCL LAW LLP**
1945 Old Gallows Rd., Ste 260
Vienna, VA  22182
Tel: (301) 760-7393
Email: ichen@vcllegal.com

*/s/ Irene H. Chen*
Signature of Plaintiff's Attorney

May 22, 2026
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. Department of Commerce**
14th Street and Constitution Avenue, NW
Washington, DC 20230